**IN RE APPEAL OF IBM CREDIT CORP.**

[362 N.C. 228 (2008)]

*Womble Carlyle Sandridge & Rice, PLLC, by Burley B. Mitchell, Jr., Jack L. Cozort, and Eileen R. Youens, for North Carolina Chamber, amicus curiae.*

*J. Reed Johnston, Jr. for Consumer Credit Industry Association, amicus curiae.*

*Hartell & Whiteman, L.L.P., by J. Jerome Hartzell, for North Carolina Academy of Trial Lawyers, amicus curiae.*[1]

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice EDMUNDS did not participate in the consideration or decision of this case.

———

IN THE MATTER OF APPEAL OF IBM CREDIT CORPORATION FROM THE DECISION OF THE DURHAM COUNTY BOARD OF COUNTY COMMISSIONERS CONCERNING THE VALUATION AND TAXATION OF PERSONAL PROPERTY FOR TAX YEAR 2001

No. 520A07

(Filed 7 March 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 186 N.C. App. 223, 650 S.E.2d 828 (2007), remanding a final decision entered on 30 March 2006 by the North Carolina Property Tax Commission. Heard in the Supreme Court 13 February 2008.

*Manning Fulton & Skinner P.A., by Michael T. Medford and Judson A. Welborn, for taxpayer-appellee.*

*S.C. Kitchen, Durham County Attorney, for respondent-appellant.*

*James B. Blackburn, III, General Counsel, North Carolina Association of County Commissioners; and Lucy Chavis, Assistant Wake County Attorney, for North Carolina Association of County Commissioners, amicus curiae.*

---

1. The following organizations were also named as amici in this brief, but pursuant to N.C. R. App. P. 33, their counsel are not listed in this opinion: North Carolina Justice Center; Legal Services of Southern Piedmont, Inc.; Pisgah Legal Services; and Financial Protection Law Center.

**IN RE N.G.**

[362 N.C. 229 (2008)]

PER CURIAM.

AFFIRMED.

━━━━━━━━━━━━

IN THE MATTER OF N.G.

No. 510A07

(Filed 7 March 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 186 N.C. App. 1, 650 S.E.2d 45 (2007), affirming an order entered 30 January 2007 by Judge Albert A. Corbett, Jr. in District Court, Harnett County. Heard in the Supreme Court 13 February 2008.

*E. Marshall Woodall and Duncan B. McCormick for petitioner-appellee Harnett County Department of Social Services.*

*Elizabeth Myrick Boone for appellee Guardian ad Litem.*

*Sofie W. Hosford for respondent-appellant mother.*

*Lisa Skinner Lefler for respondent-appellant father.*

PER CURIAM.

AFFIRMED.